UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:24-cv-24679-JAL

AT LAW AND IN ADMIRALTY

TYLER BOUCHARD,

    Plaintiff

v.

NCL (BAHAMAS), A BERMUDA
CORPORATION d/b/a NORWEGIAN
CRUISE LINE,

    Defendant.
_____/

**JOINT NOTICE OF MEDIATOR SELECTION & MEDIATION CONFERENCE**

    Plaintiff, TYLER BOUCHARD, and Defendant, NCL (BAHAMAS), A BERMUDA CORPORATION d/b/a NORWEGIAN CRUISE LINE, by and through their undersigned counsels, hereby give their notice of mediator selection and mediation conference in compliance with this Court's Order of Referral to Mediation [DE 15], the parties have agreed to Robert Kirk, Esq., Kirk Mediation, P.A., to serve as mediator in this case and the Mediation Conference to be held on August 26, 2025, via Zoom, at 10:00 a.m.

    Dated this 24th day of March 2025

Respectfully submitted,

| By  *s/ Lisa C. Goodman* | By  *s/ Todd Sussman* |
|---|---|
| Lisa C. Goodman, Esq. | Todd Sussman, Esq. |
| Fla Bar No. 118698 | Fla. Bar No 84729 |
| John H. Hickey, Esq. | NORWEGIAN CRUISE LINE |
| Fla. Bar No. 305081 | 7665 Corporate Center Drive |
| HICKEY LAW FIRM, P.A. | Miami, FL 33126 |
| 12150 S.W. 128th Court, Suite 225 | Tel. (305) 436-4653 |
| Miami, FL 33186 | Fax (305) 486-2132 |
| Tel: 305.371.8000 | *Counsel for Defendant* |
| Fax: 305.371.3542 | |
| *Counsel for the Plaintiff* | |

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 24th day of March 2025. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

*/s/ Sarah A. Lobel*
**John H. Hickey** (FBN 305081)
hickey@hickeylawfirm.com
**Lisa C. Goodman** (FBN 118698)
lgoodman@hickeylawfirm.com
HICKEY LAW FIRM, P.A.
Attorneys for Plaintiff
12150 S.W. 128th Court, Suite 225
Miami, FL 33186
Tel. No.: 305.371.8000
*Counsel for Plaintiff*

TYLER BOUCHARD v.
NCL (BAHAMAS), A BERMUDA CORPORATION d/b/a NORWEGIAN CRUISE LINE

CASE NO. 1:24-cv-24679-JAL

**SERVICE LIST**

| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081)<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>**Lisa C. Goodman, Esq.** (FBN 118698)<br>lgoodman@hickeylawfirm.com<br>kporras@hickeylawfirm.com<br>**HICKEY LAW FIRM, P.A.**<br>12150 S.W. 128th Court, Suite 225<br>Miami, FL 33186<br>Tel. (305) 371-8000<br>Fax: (305) 371-3542<br>*Counsel for Plaintiff* | **Todd Sussman, Esq.** (FBN 84729)<br>tsussman@nclcorp.com<br>jjara@nclcorp.com<br>**NORWEGIAN CRUISE LINE**<br>7665 Corporate Center Drive<br>Miami, FL 33126<br>Tel. (305) 436-4653<br>Fax (305) 486-2132<br>*Counsel for Defendant* |